IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:21-CV-00230-GCM

| | |
|---|---|
| SAMANTHA C. ANDERSON,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff Samantha Anderson's Motion to Dismiss (ECF No. 11). Anderson moves to dismiss her suit with prejudice under Rule 41(a)(2). *See* Fed. R. Civ. P. 41(a)(2) ("[A]n action may be dismissed at the plaintiff's request . . . on terms that the court considers proper."). In support of her motion, Anderson states that her case is "better presented as a new claim" before the Social Security Administration. It appears that counsel for the Acting Commissioner does not object to dismissal.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss (ECF No. 11) is **GRANTED**. This civil action is to be **DISMISSED WITH PREJUDICE**, and the Clerk is respectfully directed to **CLOSE** the case.

**SO ORDERED**.

Signed: January 21, 2022

Graham C. Mullen
United States District Judge